■ TRANSCONTINENT RECORD SALES, INC., Respondent, v B & P MOTOR EXPRESS, INC., Appellant.—Judgment unanimously affirmed, with costs, on the opinion at Supreme Court, Erie County, Doerr, J. (Appeal from judgment of Erie Supreme Court—breach of contract.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Witmer, JJ.

■ In the Matter of FLORENCE STANKEWICH et al., Appellants, v BOARD OF EDUCATION OF THE ORCHARD PARK CENTRAL SCHOOL DISTRICT, Respondent, and CYNTHIA KOOKEN, Intervenor-Respondent.—Judgment unanimously affirmed, without costs (see *Matter of Lindsey v Board of Educ.,* 64 AD2d 856). (Appeal from judgment of Erie Supreme Court—art 78). Present —Cardamone, J. P., Simons, Hancock, Jr., Callahan and Witmer, JJ.